UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-2050 FMO (AFMx) | Date | August 4, 2017 |
|---|---|---|---|
| Title | Martin Vogel v. Ariston Enterprises, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | | |
|---|---|---|---|
| Vanessa Figueroa | None | | None |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorney Present for Plaintiff: | | Attorneys Present for Defendants: | |
| None Present | | None Present | |

**Proceedings:** (In Chambers) Order Re: Motion for Summary Judgment

Having reviewed defendants' Motion for Summary Judgment (Dkt. 23, "Motion"), IT IS ORDERED THAT:

1. Defendants' Motion for Summary Judgement **(Document No. 23)** is **denied without prejudice** for failure to comply with the Court's Order Re: Summary Judgment Motions.[1]

2. If defendants wish to re-file their motion, they shall do so only after plaintiff has completed his site inspection of defendants' facilities. Any revised motion for summary judgment shall strictly comply with the Court's Order Re: Summary Judgment Motions (Dkt. 21) issued on May 19, 2017. Counsel for the parties shall meet and confer in person at a mutually agreed-upon location within the Central District of California. The parties shall discuss each issue to be raised in the motion, as well as the law and evidence relevant to that issue, so that the parties' briefing reflects that they are fully cognizant of the other side's positions. The parties shall also discuss each fact to be included in the Statement of Uncontroverted Facts to minimize the number of disputed facts therein and assist in crafting formal objections or responses. If the briefing reveals that the parties are not on the same page with respect to the issues and positions presented, the motion shall be stricken. Defendants' counsel shall provide a detailed declaration describing the meet and confer process with their motion for summary judgment.

---

[1] Specifically, defendants' Motion fails to comply with the Court's Order Re: Summary Judgment Motions, which requires the parties "to create a single, fully integrated joint brief covering all parties' summary judgment motions, in which each issue (or sub-issue) raised by a party is immediately followed by the opposing party's/parties' response." (See Dkt. 21, Court's Order of May 19, 2017, at 1). Instead of filing a joint brief, defendants' Motion only contains defendant's argument and does not contain plaintiff's response. (See, generally, Dkt. 23, Motion). The parties are also required to file a joint appendix of undisputed and disputed facts and a single evidentiary appendix. (See Dkt. 21, Court's Order of May 19, 2017, at 2-3). It is also clear that the parties did not engage in meaningful meet and confer efforts before defendants filed their Motion. (See Dkt. 23-3, Declaration of Stephen Abraham [] at ¶¶ 7-8).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-2050 FMO (AFMx)** | Date | **August 4, 2017** |
|---|---|---|---|
| Title | **Martin Vogel v. Ariston Enterprises, Inc., et al.** | | |

3. Plaintiff's Application for Rule 56(d) Continuance is **denied as moot**.

Initials of Preparer        vdr