1
2
**JS−6**
3
4
5
6
7
8
9        **UNITED STATES DISTRICT COURT**
         **CENTRAL DISTRICT OF CALIFORNIA**
10

11   MARTIN VOGEL                          CASE NO:
                                           2:17−cv−02050−FMO−AFM
12              Plaintiff(s),

13        v.
                                           **ORDER DISMISSING ACTION**
     ARISTON ENTERPRISES, INC , et al.     **WITHOUT PREJUDICE**
14

15

16              Defendant(s).

17

18

19        Having been advised by counsel that the above−entitled action has been settled,

20   IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs

21   and without prejudice to the right, upon good cause shown within 4̲5̲ **days from the**

22   **filing date of this Order**, to re−open the action if settlement is not consummated.

23   The court retains full jurisdiction over this action and this Order shall not prejudice

24   any party to this action.

25        **IT IS SO ORDERED.**

26
     DATED: November 17, 2017            _/s/ _Fernando M. Olguin_
27                                       Fernando M. Olguin
                                         United States District Judge
28